IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTTIE L. BYERS                                                                            PLAINTIFF

V.                                      NO. 4:11CV00556 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 25th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE